## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf in a collective and class action, to contest the failure of Burlington Coat Factory and/or any parent, subsidiary, affiliate or successor of Burlington Coat Factory to pay me overtime wages as required under state and/or federal law and also authorize the filing of this consent in a lawsuit challenging such conduct. I hereby designate Klafter Olsen & Lesser LLP to represent me in the suit.

_Sharon K Layne_
Signature

_8-23-2012_
Date

_Sharon K. Layne_
Printed Name