# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------X
STEVEN GOODMAN, Individually and            :
on Behalf of All Other Persons Similarly      :        Civil Action No.: 1:11-cv-04395-JHR-JS
Situated,                                                    :
                                                                :
                                                                :
                            Plaintiff,                      :
                                                                :
                        -against-                           :
                                                                :
BURLINGTON COAT FACTORY               :
WAREHOUSE CORPORATION,               :
BURLINGTON COAT FACTORY               :
INVESTMENT HOLDINGS, INC., and       :
BURLINGTON COAT FACTORY               :
HOLDINGS, INC.,                                  :
                                                                :
                            Defendants.     :
-------------------------------------------------------X
BARBARA KAWA, THERESA MASSEY      :
and DANIELLE SOLECKI, Individually     :
and on Behalf of All Other Persons          :        Civil Action No.: 1:14-cv-2787-JHR-JS
Similarly Situated,                                  :
                                                                :
                            Plaintiffs,                     :
                                                                :
                        -against-                           :
                                                                :
BURLINGTON STORES, INC.,                  :
BURLINGTON COAT FACTORY               :
WAREHOUSE CORPORATION,               :
BURLINGTON COAT FACTORY               :
INVESTMENT HOLDINGS, INC., and       :
BURLINGTON COAT FACTORY               :
HOLDINGS, LLC f/k/a BURLINGTON       :
COAT FACTORY HOLDINGS, INC.,         :
                                                                :
                            Defendants.     :
-------------------------------------------------------X

**DECLARATION OF MICHAEL A. GALPERN IN SUPPORT OF
PLAINTIFF'S MOTION FOR AN AWARD OF FEES AND EXPENSES**

I,  Michael A. Galpern, being competent to testify, make the following declaration based on my personal knowledge and the records of my law firm.  I declare:

1.      I am a member of the Bar of this Court and of the law firm of Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C., (hereinafter "Javerbaum"). I am submitting this declaration in support of my firm's application for an award of reasonable attorneys' fees in connection with services rendered to the plaintiff Class and for reimbursement of expenses incurred by my firm in the course of this litigation.  This declaration sets out the time and expenses of Javerbaum in support the fee motion.

2.      I was previously a co-managing partner the Locks Law Firm, LLC  as counsel to Plaintiffs Steven Goodman, Barbara Kawa, Theresa Massey, Danielle Solecki, and all others similarly situated, (along with co-counsel Klafter Olsen & Lesser, ) and  commenced this lawsuit in this Court on July 29, 2011.  I joined the Javerbaum firm as a Partner on September 10, 2018, and, with the co-counsel firms, my firm has litigated the litigation on behalf of the putative and now-settlement Class.

3.      The work undertaken by firm has consisted of the following: acting as co-lead counsel in the litigation; preparing for and attending conferences with the Court; evaluating discovery and data produced be Defendants; analyzing deposition transcripts, hearing transcripts, and Court Orders in preparation of submissions to the Court; preparing and attending strategy conferences with co-counsel; researching recent case law and publications regarding the Fair Labor Standards Act in New Jersey; corresponding with co-counsel and defense counsel regarding mediation; preparing and revising Plaintiffs' mediation statement; reviewing data and discovery provided by Defendants in preparation for mediation; reviewing and analyzing Defendant's mediation statement; discussing strategy with co-counsel in advance of mediation;

attending and participating in mediation; and preparing, reviewing, and analyzing documents in support of settlement. .

4.      The total number of hours spent on this litigation by my firm has been 288.7 attorney hours and 72.6 paralegal hours to date, as reflected in the time records kept and maintained by my firm.  Time expended in preparing this application for fees and reimbursement of expenses has not been included in this figure.  The total lodestar of attorney and paralegal time based on the firm's current rates is $189,580.00. Those rates are the rates that are charged by the firm to clients who pay on an hourly, non-contingent, basis.  The lodestar figures do not include charges for expense items, which are billed separately.  Copies of the time records for all of these individuals as contemporaneously recorded on the Trialworks and Excel  program are maintained by my firm.  I certify that the above-referenced lodestar figures are fair and were reasonably required for the effective prosecution and resolution of this case.

5.      With respect to the standing of this firm as counsel in this case, attached hereto as Exhibit __ is a copy of my firm's resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 18th day of November, 2020 at Vorhees, New Jersey.

s/ Michael A. Galpern

_____

Michael A. Galpern

## CURRICULUM VITAE OF ERIC G. KAHN

**LEGAL EMPLOYMENT:**

Managing Shareholder at Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins
1/07 -       Certified Civil Trial Attorneys
present      505 Morris Avenue
             Springfield, New Jersey 07081
             Rated "AV" by Martindale-Hubbell


Attorney at Javerbaum Wurgaft Hicks & Zarin
9/93-12/06

\* I have prepared and tried complex civil litigation matters involving automobile accidents, premises liability, medical malpractice, construction site accidents, security negligence, products liability and sexual abuse and neglect.  I have also argued several cases before the Appellate Division and the New Jersey Supreme Court.


**EDUCATION:**

B.A. Haverford College, Haverford, Pennsylvania - 1990
J.D. Rutgers Law School, Newark, New Jersey - 1993


**LICENSES/ADMISSIONS:**

State of Pennsylvania - 1993
State of New Jersey - 1993
U.S. Federal District Court of New Jersey - 1993
U.S. Supreme Court - 1999
U.S. Federal Eastern District of Pennsylvania - 2005


**CERTIFICATIONS:**

Certified Civil Trial Attorney - 2003
Re-Certified Civil Trial Attorney - 2009, 2014, 2019


**BAR ASSOCIATIONS:**

Member, American Bar Association - 1994

Member, New Jersey State Bar Association - 1994

Member, Union County Bar Association - 1994

**MEMBERSHIPS, ASSOCIATIONS and AWARDS:**

New Jersey Law Journal's List of New Jersey Trailblazers - August 2019

Award, Equal Justice Medal for Major Contributions to Pro Bono Clients, Legal Services of New Jersey (LSNJ) - 2019

President, <u>American Board of Trial Advocates (ABOTA)</u> - December 2018 to December 2020

Amicus Advocate Award, <u>New Jersey Association for Justice</u> - March 2019

Award, Union County Bar Association/Central Jersey Legal Services Pro Bono Attorney of the Year - 2018

Amicus Advocate Award, <u>New Jersey Association for Justice</u> - March 2018

Member, American Association for Justice's Council of Presidents - 2016

Selected, <u>International Society of Barristers</u> - April 2015 (inducted April 2016)

Selected, <u>The Best Lawyers in America - Personal Injury Litigation</u> - August 2012, August 2013, August 2014, August 2015, August 2016, August 2017, August 2018, August 2019

Selected, <u>New Jersey Monthly's Super Lawyers - Top 100</u> - April 2012, April 2013, April 2014, April 2015

Officer, <u>New Jersey Association for Justice</u> - June 2011 -President June 2017 to June 2018

Award, <u>Union County Bar Association Pro Bono Award</u> - October 2009

Executive Committee, <u>New Jersey Association for Justice</u> - June 2009
    -Co-chair, Listserve Committee - 2009
    -Chair, Anti-Solicitation Committee - 2010 to 2020
    -Member, Medical-Legal PIP Fundraising Committee - 2011
    -Member, Jury Tampering Committee - 2011
    -Co-chair, Legislative Committee - 2011
    -Co-chair, Education Committee - 2011 to 2015
    -Member, Civil Practice Committee - 2011 to 2020
    -Co-chair, Boardwalk Committee - 2012
    -Co-chair, Budget, Audit and Finance Committee - 2013
    -Co-chair, Golf Committee - 2013 to 2020
    -Co-chair, In Brief Committee - 2013 to 2015
    -Co-chair, Long Range Planning Committee - 2014 to 2017
    -Co-chair, Legislative Committee - 2015 to 2017
    -Chair, Education Foundation - 2016 to 2017

Selected, <u>Ten Leaders</u> - Top 10 New Jersey Civil Trial Lawyers Age 45 &
        Under - March 2009

Chair, <u>Union County Judicial and Prosecutorial Appointments
        Committee</u> - January 2008 to December 2009

Officer, <u>Union County Bar Association</u> - December 2007
-President 2013

Master, <u>Richard J. Hughes Chapter of the American Inns of Court</u> -
        September 2007

Member, <u>New Jersey State Bar Association's Amicus Committee</u> - August 2007

Selected, <u>New Jersey Monthly's Super Lawyers</u> - April 2007, April 2008,
        April 2009, April 2010, April 2011, April 2012, April 2013,
        April 2014, April 2015, April 2016, April 2017, April 2018,
        April 2019, April 2020

Selected, <u>Lawdragon 3000 Leading Plaintiffs' Lawyers in America</u>
        - December 2006

Member, <u>New Jersey Monthly's Super Lawyers – Rising Star</u> - August 2006

Board of Governors, <u>New Jersey Association for Justice</u> - June 2006

Member, <u>Million Dollar Advocates Forum</u> - 2006

Member, <u>Union County Judicial and Prosecutorial Appointments Committee</u> -
        January 2006 to December 2010

Chair, <u>Union County Bar Association's Civil Practice Committee</u> -
        December 2005 to December 2007 and December 2010 to December 2011

Member, <u>American Board of Trial Advocates (ABOTA)</u> - April 2005

Member, <u>Trial Attorneys of New Jersey (TANJ)</u> - March 2005

Selected, <u>New Jersey Law Journal</u> – 40 Top Lawyers Under the Age of 40 -
        September 2004

Member, <u>District XII Ethics Committee</u> - September 2004 to August 2008

Member, <u>Essex County Bar Association's Delegates Council</u> - April 2004

Member, <u>New Jersey State Bar Association's Automobile Reparations
        Committee</u> - January 2004

3

Trustee, <u>Union County Bar Association</u> - September 2001 to November 2007

Arbitrator, <u>Essex County Automobile and Personal Injury Negligence Arbitration Program</u> - October 2001

Arbitrator, <u>Union County Automobile and Personal Injury Negligence Arbitration Program</u> - June 2001

Mock Trial Judge, <u>Union County High School Competition</u> - February 2001 and February 2002

Barrister, <u>Richard J. Hughes Chapter of the American Inns of Court</u> - 1997 to 2005

Member, <u>Association of Trial Lawyers of America – N.J. Automobile Insurance Reparations Committee</u> - 1999

Associate, <u>Richard J. Hughes Chapter of the American Inns of Court</u> - 1995 to 1997


**REPORTED CASES:**

<u>Green vs. Monmouth University</u> (SC decided May 7, 2019)

<u>Lee vs. Brown</u>, 2018 N.J. LEXIS 237 (Feb. 21, 2018)

<u>Beyer vs. Sea Bright Borough</u>, 440 N.J. Super. 424 (App. Div. 2015)

<u>Manqual vs. Berezinsky</u>, 428 N.J. Super. 299 (App. Div. 2012)

<u>Williams vs. State of New Jersey</u>, 398 N.J. Super. 344 (App. Div. 2008)

<u>Prado vs. State of New Jersey</u>, 376 N.J. Super. 231 (App. Div. 2005), reversed and remanded 186 N.J. 413 (2006), modified 388 N.J. Super. 359 (App. Div. 2006)

<u>Brooks vs. Odom</u>, 150 N.J. 395 (1997)

<u>Prevratil vs. Mohr</u>, 279 N.J. Super. 652 (App. Div. 1995), reversed and remanded 145 N.J. 180 (1996)


**BOOKS and PUBLICATIONS:**

Editor, "<u>Library of New Jersey Personal Injury Forms</u>" - New Jersey Law Journal Book Series - October 2006

4

Editor, "Library of New Jersey Personal Injury Forms" - New Jersey Law
        Journal Book Series, 2nd Edition - September 2014

**AMICUS CURIAE APPEARANCES:**

Agha vs. Feiner, 198 N.J. 50 (2009)
-co-author of brief on behalf of the New Jersey State Bar Association

Fernandez vs. Nationwide Mututal Insurance Company, 199 N.J. 591 (2009)
-co-author of brief on behalf of the New Jersey State Bar Association

Beyer vs. Sea Bright Police Department, 440 N.J. Super. 424 (App. Div.
2015
-author of brief on behalf of the New Jersey Association for Justice
-participated in oral argument April 2015 before the Appellate Division

Lee vs. Brown,
-author of brief on behalf of the New Jersey Association for justice
-participated in oral argument September 2017 before the Supreme Court

Decter vs. Hejib, A-3073-16T3 (decided June 4, 2018)
-author of brief on behalf of the New Jersey Association for Justice
-participated in oral argument 2018 before the Appellate Division

Green vs. Monmouth University, A-63-17 (SC decided May 7, 2019)
-author of brief on behalf of the New Jersey Association for Justice
-participated in oral argument January 2019 before the Supreme Court

Napolitano vs. MSS Vending, Inc.
-author of brief on behalf of the New Jersey Association for Justice
-participated in oral argument before the Appellate Division

Mercado vs. New Jersey Transit
-author of brief on behalf of the New Jersey Association for Justice
-participated in oral argument before the Appellate Division

**OTHER:**

Basketball Official, IAABO certified – September 2001
Board Member, <u>Florham Park Jaycees</u> – January 2006 to December 2007
President, <u>Florham Park Athletic Foundation</u> – 2013 to 2017
Vice Chair for the United Negro College Fund Gala – June 2019
Ambassador Board, ConnectOneBank – September 2019
Trustee, Partners for Women and Justice – October
Board Member, United Negro College Fund's New Jersey Leadership Council –
  November 2019

**LECTURES and SPEAKING ENGAGEMENTS:**

Speaker, NJAJ Education Foundation – "<u>Litigation at Sunrise – Federal
        Court Removal</u>" – November 2017

Speaker, Southern Trial Lawyer Association's Annual Conference – February
        2017

Speaker, NJAJ Education Foundation – "<u>Masters in Verdicts</u>" – November
        2016

Speaker, NJAJ Educational Foundation – "<u>Top Ten Personal Injury Cases
        in New Jersey</u>" – April 2016

Speaker, NJAJ Educational Foundation – "<u>Ethics – Privacy Right to be Free
        From Solicitation</u>" – April 2016

Speaker, Bar Association Retreat – "<u>Law Firm Growth</u>" – January 2016

Speaker, New Jersey State Bar Association – "<u>Ethics – R.P.C. 7.3 and The
        Ethics of Attorney Solicitation</u>" – May 2015

Speaker, NJAJ Educational Foundation – "<u>Top Ten Personal Injury Cases
        in New Jersey</u>" – April 2015

Speaker, NJAJ Educational Foundation – "<u>Ethics – R.P.C. 7.3 and The
        Ethics of Attorney Solicitation</u>" – April 2015

Speaker, NJAJ Educational Foundation – "<u>Top Ten Personal Injury Cases
        in New Jersey</u> – April 2014

Speaker, NJAJ Educational Foundation – "<u>Ethics – The Ethics of Attorney
        Solicitation: What NJAJ Is Doing About It</u>" – April 2014

Speaker, NJAJ Educational Foundation – <u>The Ethical Auto Practice</u> –
        November 2013

6

Speaker, NJAJ Educational Foundation – "Top Ten Personal Injury Cases in New Jersey – April 2013

Speaker, NJAJ Educational Foundation – "Top Ten Personal Injury Cases in New Jersey – April 2012

Speaker, NJAJ Educational Foundation – Managing a Personal Injury Law Firm – January 2012

Speaker, NJAJ Educational Foundation – "Ethics – The Ethics of Attorney Solicitation: What NJAJ Is Doing About It" – April 2011

Moderator, NJAJ Educational Foundation – "Premises Liability" – February 2011

Speaker, Union County Bar Association – "Civil Case Update – November 2010

Speaker, NJAJ Educational Foundation – "New York and New Jersey: When Laws Collide" – November 2010

Speaker, NJAJ Educational Foundation – "Auto Insurance Seminar – Expedited Trials and Hi-Lo Agreements" – November 2010

Moderator, NJAJ Educational Foundation – "Reptilian Brain, Mammalian Heart, Alien Jurors – April 2010

Speaker, NJAJ Educational Foundation – "Top Ten Personal Injury Cases in New Jersey – April 2010

Moderator, NJAJ Educational Foundation – "Eric Oliver – Facts Can't Speak for Themselves – April 2009

Speaker, NJAJ Educational Foundation – "The Role of the Paralegal in Reviewing Medical Records" – April 2009

Speaker, Trial Attorneys of New Jersey (TANJ) – "Puerto Rico Litigation and Local Civil Law" – February 2009

Speaker, Trial Attorneys of New Jersey (TANJ) – "Jury Selection and Voir Dire" – February 2008

Speaker, ATLA-NJ Educational Foundation – "Hot Tips in Medical Malpractice 2007" – April 2007

Speaker, ATLA-NJ Educational Foundation – "Valuable Trial Tactics for Litigating Auto Cases" – December 2006

Speaker, Union County Bar Association - "<u>DiProspero - What You Need to</u>
        <u>Know</u>" - November 2005

Moderator, Union County Bar Association - "<u>Legal Malpractice:</u>
        <u>Recent Changes in the Law</u>" - June 2005

Speaker, Institute for Continuing Legal Education -" <u>Everything You</u>
        <u>Need to Know About Automobile Cases</u>" - January 2003

Speaker, ATLA-NJ New Jersey Educational Foundation - "<u>Building a</u>
        <u>Winning Auto Case</u>" - October 2002

Moderator, Union County Bar Association - "<u>What's New in Personal</u>
        <u>Injury Law</u>" - March 2002

Panelist, Union County Bar Seminar - "<u>The Uninsured Motorist</u>" -
        April 2001

8

# MICHAEL A. GALPERN

JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS PC
1000 HADDONFIELD BERLIN RD SUITE 203 VOORHEES NJ 08043
[mgalpern@lawjw.com](mailto:mgalpern@lawjw.com)
856-596-4100

## EDUCATION:

| | | |
|---|---|---|
| 1985 BA | - | Rutgers University, New Brunswick, New Jersey |
| 1988 JD | - | Rutgers Law School, Camden, New Jersey |

## EMPLOYMENT:

| | | |
|---|---|---|
| 1988-1989 | - | Law Clerk, Honorable Jerome B. Simandle, United States District Court, Camden, New Jersey |
| 1989-2018 | - | Locks Law Firm LLC, Cherry Hill, New Jersey |
| 2018- present | - | Javerbaum Wurgaft Hicks Kahn Wikstrom and Sinins PC |
| 1998-2006 | - | Adjunct Professor of Law, Rutgers School of Law - Camden |

## BAR ADMISSION:

| | | |
|---|---|---|
| 1989 | - | Pennsylvania |
| 1989 | - | New Jersey |

## CERTIFICATION:

Civil Trial Attorney (New Jersey Supreme Court; recertified twice)

## COURT ADMISSION:

| | | |
|---|---|---|
| 1989 | - | Eastern District, Pennsylvania |
| 1989 | - | Third Circuit Court of Appeals |
| 1989 | - | District Court of New Jersey |
| 1989 | - | New Jersey Supreme Court |
| 2017 | - | Supreme Court of the United States |

**NEW JERSEY ASSOCIATION FOR JUSTICE (NJAJ) (f/k/a ATLA-NJ):**

> **NATIONAL GOVERNOR,** American Association for Justice, June, 2016 - Present

> **PRESIDENT,** New Jersey Association of Justice, June 2010 – June 2011

> **PRESIDENT ELECT,** New Jersey Association of Justice, June 2009 to June 2010

> **FIRST VICE PRESIDENT,** New Jersey Association of Justice, June 2008 to June 2009

> **SECOND VICE PRESIDENT,** New Jersey Association of Justice, June 2007 to June 2008

> **THIRD VICE PRESIDENT,** New Jersey Association of Justice, June 2006 to June 2007

> **TREASURER,** New Jersey Association of Justice (f/k/a ATLA-NJ), June 2005 to June 2006

**WORKERS INJURY LITIGATION GROUP (WILG):**

> **PRESIDENT,** Workers Injury Law and Advocacy Group, October 2014

> **PRESIDENT-ELECT,** Workers Injury Law and Advocacy Group, October 2013

> **TREASURER**, Workers Injury Law and Advocacy Group , October, 2012

> **BOARD OF DIRECTORS**, Workers Injury Litigation Group . 2007- present

**AMERICAN ASSOCIATION FOR JUSTICE (AAJ):**

> **BOARD OF GOVERNORS**

**NATIONAL TRIAL LAWYERS ASSOCIATION (NTLA):**

> **MEMBER**

**APPOINTMENTS:**

> In Re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation, Case No: M:05-CV01699-CRB, MDL No. 1699, Appointed by the Honorable Charles R. Breyer, United States District Court. Appointed to Plaintiffs Steering Committee.

> In Re: Propecia (FINASTERIDE) Product Liability Litigation, Case No: 12-md-2331 – JG-VVP, Appointed by the Honorable Viktor V. Pohorelsky, United States Magistrate Judge. Appointed to Plaintiffs Steering Committee.

<u>In Re: Yapstone Data Breach</u>, Case No. 4:15-cv-04429-JSW, a data breach case which settled under confidential terms. I and my firm were appointed by the Hon. Jeffrey White, United States District Judge, Northern District of California, to the Plaintiff's Executive Committee

<u>In Re: Experian Data Breach</u>, Case No.: SACV 15-1592 AG (DFMX).  I and my firm were appointed by the Hon. Andrew J. Guilford, United States District Judge, Central District of California, to serve on the Plaintiffs Steering Committee.

<u>Caprarola v. Wells Fargo</u>, Superior Court of New Jersey, Law Division: Camden County Cam-L-3570-13, a statewide class action on behalf of loan officers at Wells Fargo. Appointed as Class Counsel.

<u>Jackeline Martinez-Santiago v. Public Storage</u>, Civil No.: 14-302 (JBS/AMD), United States District Court for the District of New Jersey. I and my firm were appointed by the Hon. Jerome B Simandle, Chief United States District Judge for the District of New Jersey as Class Counsel.

<u>Zayas v. Power Windows & Siding & Gutter Power, LLC</u>, Superior Court of New Jersey, Law Division: Camden County CAM-L-5454-09, a statewide class action of NJ Consumers. I was appointed by Hon. Louis R Meloni, J.S.C. Superior Court of New Jersey as Class Counsel.

<u>Kepler v. Weichert</u>, Superior Court of New Jersey, Law Division: Camden County CAM-L-845-10, a statewide class action on behalf of New Jersey consumers. I was appointed by the Hon. Deborah Silverman Katz, J.S.C., Superior Court of New Jersey, as Class Counsel.

<u>Kyle Rivet, et al. v. Office Depot</u>, Case No.: 2:12-02992 (WJM), United State District Court for the District of New Jersey, a multistate Fair Labor Standards Act (FLSA) action. I was appointed by the Hon. William J. Martini as Class Counsel.

<u>Oravsky v. Encompass Insurance Company,</u> Civ. No. 3:10-cv-03168 (PGS)(LHG), United State District Court for the District of New Jersey, a statewide class action on behalf of New Jersey consumers. I was appointed by the Hon. Peter G Sheridan as Class Counsel.

<u>In Re Staples Wage and Hour Litigation</u>, Civ. No. 2:08-cv-5746 (KSH)(PS), United State District Court for the District of New Jersey, a nationwide FLSA litigation, in which I also serve as lead trial counsel during a seven week trial and later served as co-lead negotiating counsel. I was also appointed as Class Counsel by the Hon. Katherine Hayden.

<u>Weber v. Geico</u>, Civ. No. 07-1332 (JBS/JS), United State District Court for the District of New Jersey, a statewide class action on behalf of New Jersey consumers. I was appointed by Hon. Jerome B Simandle, United States District Judge for the District of New Jersey, as Class Counsel.

<u>Kaufman v. New England Fitness South</u>, Superior Court of New Jersey, Law Division: Camden County, Docket No: CAM-L-3935-15, a statewide class action on behalf of New Jersey consumers. I was appointed by the Hon. Thomas T. Booth Jr. J.S.C., as Class Counsel.

Edwards v. 21ST Century, Civ. No.: 1:09-cv-04364-JBS-JS, United State District Court for the District of New Jersey, a statewide class action on behalf of New Jersey consumers. I was appointed by the Hon. Jerome B Simandle, United States District Court for the District of New Jersey as Class Counsel.

**PANEL MEMBER:**

United States District Court, District of New Jersey, Camden Division, Magistrate Selection Committee. 2008-2009

**APPOINTMENT BY THE NEW JERSEY SUPREME COURT** :

To represent the New Jersey Association for Justice on the Committee on July Selection in Civil and Criminal Trials. 2010- 2012, 2012-2014.

**LEGAL MODERATOR:**

**LAWTALK**, a public interest legal television show sponsored by the Camden County Bar Association. 2005-2008.

**MEMBERSHIPS:**

Board of Governors, New Jersey Association for Justice (formerly ATLA-NJ)
Association of Trial Lawyers of America
Member, Key Person Committee - ATLA
Philadelphia Trial Lawyers Association
Philadelphia Bar Association
Camden County Bar Association
New Jersey State Bar Association

**FOUNDING MEMBER:**

Academy of Catastrophic Injury Attorneys

**EXPERIENCE:**

Tried numerous bench and jury trials. Drafted appellate briefs and argued before New Jersey Superior Court, Appellate Division. Briefed and orally argued Kiss v. Jacob, 138 NJ 278 (1994), a landmark ruling of the New Jersey Supreme Court establishing allocation of damages in multi-defendant cases. Wrote the Amicus brief in Laidlow v. Hariton Machinery, 170 NJ 602 (2002), another landmark ruling of the New Jersey Supreme Court expanding the rights of an injured worker to bring a third party action against his employer. Handled complex litigation in products liability, toxic torts, class actions, employment discrimination and medical malpractice. Settled what is believed to be the first medical malpractice action against an HMO in the State of New Jersey. Lead trial counsel, and co-lead MDL counsel, in what is believed to be one of the largest FLSA misclassification settlements in New Jersey, In Re Staples. Lead trial counsel, or co-lead counsel, in numerous class actions involving claims for

consumer fraud and commercial law.

**INVITED SPEAKER:**

> **-CAMDEN COUNTY BAR ASSOCIATION**
> *Direct and Cross Examination of a Chiropractor*
> **1994**

> **-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
> *Top Ten in Torts*
> **1995**

> **-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
> *Debunking the MIST Defense*
> **1998**

> **-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
> *Top Ten in Torts*
> **April, 2000**

> **-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
> *Liens for the Civil Practitioner*
> **April, 2000**

> **-CAMDEN COUNTY BAR ASSOCIATION**
> *Hot Topics in Environmental Law & Toxic Torts*
> **May, 2000**

> **-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
> *Impeaching Witness with Style*
> **October, 2000**

> **- ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
> *Liens for the Civil Litigator*
> **December, 2000**

> **- ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
> *Liens for the Civil Litigator*
> **April, 2001**

> **- ASSOCIATION OF TRIAL LAWYERS OF AMERICA**
> *HMO Liability*
> **Montreal - July, 2001**

**- ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
*Liens for the Civil Litigator*
**October, 2001**

**- ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
*Preparation of the Low-Impact Automobile Case*
**December, 2001**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
*Offensive use of Daubert and Kuhmo Tire*
**February, 2002**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
*Top Ten in Torts*
**April, 2002**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
*Liens for the Civil Litigator*
**April, 2002**

**- ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
*Moderator, Motor Vehicle and Premises Liability Program*
**Atlanta, GA - July, 2002**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA-NEW JERSEY**
*Moderator and co-course planner, Direct and Cross-Examination of Expert Witnesses*
**Edison, NJ - December, 2002**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA-NEW JERSEY**
*Top Ten in Torts*
*Liens for the Civil Litigator*
**Atlantic City, NJ - April, 2003**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA**
*HMO Liability and ERISA Preemption*
**San Francisco, CA - July, 2003**

**-NEW JERSEY INSTITUTE FOR CONTINUING LEGAL EDUCATION**
*New Jersey Civil Trial Preparation Seminar*
**Maple Shade, NJ - November, 2003**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
*How to Deal with Abuse of Discovery Tactics*
**Edison, NJ - February, 2004**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
*Moderator, Medical Perspectives on Improving Damages*
**Atlantic City, NJ - April, 2004**

**-OHIO ACADEMY OF TRIAL LAWYERS= 50TH ANNUAL CONVENTION**
*Overview of Employee Retirement Income Security Act of 1974*
**Columbus, OH - May, 2004**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
*Defense Radiology*
**Jamesburg, NJ - October, 2004**

**-NEW JERSEY INSTITUTE FOR CONTINUING LEGAL EDUCATION**
*Participation in 3 Panel Member Seminars - Deposing the Expert*
**Maple Shade, NJ - December, 2004**

**- CAMDEN COUNTY BAR ASSOCIATION**
*Moderator of Law Talk*
**Cherry Hill, NJ - 2004-2005 Season**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
*Overcoming Juror Bias*
**Jamesburg, NJ – February, 2005**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
*Program Co-chair, "Personal Injury: Turning Juries On-From Voir Dire to Verdict"*
**Atlantic City, NJ - April, 2005**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
*Moderator, Ethics Program*
**Atlantic City, NJ - April, 2005**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA**
*Bextra Teleseminar*
**April, 2005**

**-MEALEYS PUBLICATION**
*Bextra Conference*
**Chicago, IL - May, 2005**

**-NEW JERSEY INSTITUTE FOR CONTINUING LEGAL EDUCATION**
  *Selecting a Winning Jury*
  **Cherry Hill, NJ - June, 2005**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
  *Exposing Defense Medicine: Orthopedists & Neurologists*
  **Long Branch, NJ - June, 2005**

**-NEW JERSEY INSTITUTE FOR CONTINUING LEGAL EDUCATION**
  *New Jersey Civil Trial Preparation Seminar*
  **Maple Shade, NJ - June, 2005**

**-NEW JERSEY INSTITUTE FOR CONTINUING LEGAL EDUCATION**
  *Program Chairman, Mass Tort/Pharmaceutical Seminar*
  **Edison, NJ - September, 2005**

**-MASS TORTS MADE PERFECT**
  **Las Vegas, NV - November, 2005**

**- CAMDEN COUNTY BAR ASSOCIATION**
  *Moderator of Law Talk*
  **Cherry Hill, NJ - 2005 - 2006 Season**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
  *Moderator, Premises Liability*
  **February, 2006**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - Teleconference**
  *Update on Bextra Science and Literature*
  **March, 2006**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
  *Moderator, Ethics*
  **April, 2006**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
  *Top Ten in Torts*
  **April, 2006**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
  *Voir Dire in Medical Malpractice*
  **April, 2006**

**-HARRIS MARTIN PUBLISHING COMPANY**
  *Moderator, Medical Malpractice Seminar*
  **Philadelphia, PA - May, 2006**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA- NEW JERSEY**

*Pharmaceutical Litigation: A Manufacturer=s Duty to Warn*
**Edison, NJ - October, 2006**

**-AMERICAN ASSOCIATION OF JUSTICE ( f/k/a ASSOCIATION OF
   TRIAL LAWYERS OF AMERICA)**
*MDL Update on Bextra/Celebrex*
**Miami, FL - February, 2007**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
*Moderator: Ethics 2007 Boardwalk Seminar*
**Atlantic City, NJ - April, 2007**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
*Medical Malpractice: Selecting the Right Expert*
**Atlantic City, NJ - April, 2007**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
*Top Ten in Torts*
**Atlantic City, NJ - April, 2007**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
*Exposing Defense Medicine*
**May, 2007**

**-AMERICAN ASSOCIATION OF JUSTICE**
*Vioxx/Bextra/Celebrex- What=s new in New Jersey*
**Chicago, IL. - July, 2007**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
*Moderator, Mass Torts Program,*
**October, 2007**

**-AMERICAN ASSOCIATION OF JUSTICE**
*The Small Firm's Guide to Fighting the Drug Giants*
**November, 2007**

**-OHIO ACADEMY OF TRIAL LAWYERS**
*Pharmaceutical Litigation for the Small Business Practitioner*
**December, 2007**

**-AMERICAN ASSOCIATION OF JUSTICE**
*VIOXX/Bextra/Celebrex – What's New In New Jersey*
**Puerto Rico - January, 2008**

9

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
*Moderator Ethics*
**May, 2008**

**-ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY**
*Top Ten In Torts*
**May, 2008**

**-AMERICAN ASSOCIATION OF JUSTICE**
*2008 Annual Convention*
**Philadelphia, PA – July, 2008**

**-NEW JERSEY ASSOCIATION FOR JUSTICE (f/k/a ASSOCIATION OF TRIAL LAWYERS OF AMERICA - NEW JERSEY)**
*Use of Expanded Voir Dire Procedures to Expose Juror Bias*
**Edison, NJ – February, 2009**

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
*Ten Practice Tips About Appellate Practices*
**Atlantic City, NJ – April, 2009**

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
*Ethics Program Co-Chair*
**Atlantic City, NJ – April, 2009**

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
*State & Federal E-Filing*
**Atlantic City, NJ – April, 2009**

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
*The Year in Torts in New Jersey/The Top Ten Moderator*
**Atlantic City, NJ – April, 2009**

**-AMERICAN ASSOCIATION OF JUSTICE**
*Intentional Torts Against the Employer*
**San Francisco, CA – July, 2009**

**-WORKERS' INJURY LAW & ADVOCACY GROUP**
*Third Party Recoveries for Injured Workers*
**Carefree, AZ – October, 2009**

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
*Ethics*
**Atlantic City, NJ – April, 2010**

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
*Mass Torts 2010*
**Atlantic City , NJ – April 2010**

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
*What to do when a plaintiff or defendant files for bankruptcy*
**Atlantic City, NJ – April, 2010**

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
*Federal Court: Thriving & Surviving*
**Meadowlands, NJ  - November, 2010**

**-WORKERS' INJURY LAW & ADVOCACY GROUP**
*Calling the Defendant in your FLSA CASE*
**Cleveland, OH  – March, 2011**

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
*Mass Torts 2011*
**Atlantic City, NJ – April, 2011**

**-NEW JERSEY STATE BAR ASSOCIATON**
*Trial Practice:  Uniform Discovery & Credible Trial Dates*
**Atlantic City, NJ – May, 2011**

**-NEW SOCIETY OF INTERVENTIONAL PAIN PHYSICIANS**
*The Legal Impediments to Obtaining Medical Treatment for MVA Victims*
**Edison, NJ – June, 2011**

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
*Understanding PIP Arbitration:  Is the PIP System Under Attack?*
**Meadowlands, NJ - November 2011**

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
*Co-chair Mass Torts Program*
**Atlantic City, NJ – April 2012**

**-WORKERS' INJURY LAW & ADVOCACY GROUP**
*Concussions in Professional Sports*
**Columbus, OH – May, 2012**

**- OHIO ACADEMY OF JUSTICE –**
*Concussion Testing in young football players*
**Columbus, OH – May, 2012**

**- OHIO ACADEMY OF JUSTICE**
>    *Deposing the Corporate Witness and other 30(b)(6) Tips*
>    **Cleveland, OH – June 12, 2012**

**-WORKERS' INJURY LAW & ADVOCACY GROUP**
>    *Moderator, Wage & Hour Seminar*
>    **Las Vegas, Nevada  – October, 2012**

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
>    **Four Concurrent Seminars with Exhibits**
>    *Seminar:  Trial Evidence for the Personal Injury Attorney 2013*
>    **Edison, New Jersey – February, 2013**

**-OHIO ASSOCIATION FOR JUSTICE**
>    *Moderator, Advance Wage & Hour Seminar*
>    **Steamboat Springs, CO – March, 2013**

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
>    *Co-chair Mass Torts Program*
>    **Atlantic City, NJ – April, 2014**

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
>    *Mass Torts 101*
>    **Meadowlands, NJ – November, 2014**

**-CAPE MAY COUNTY BAR ASSOCIATION**
>    *Civil Actions / Class Action Lawsuits CLE Seminar*
>    **Seaville, NJ – January 28, 2015**

**-HARRIS MARTIN PHILLY MASS TORT CONFERENCE**
>    *Tinchner Ruling and The Effects of the Change on Mass Tort-Asbestos*
>    **Philadelphia, PA – March 27, 2015**

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
>    *Co-chair Mass Torts Program*
>    **Atlantic City, NJ – April 2015**

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
>    *Co-chair Mass Torts Program*
>    **Atlantic City, NJ – April 2016**

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
>    *Co-chair Mass Torts Program*
>    **Atlantic City, NJ – April 2017**

**-NEW JERSEY ASSOCIATION FOR JUSTICE**
*All About Liens*
**Somerset, NJ – March 1, 2018**

**-FLORIDA JUSTICE ASSOCIATION**
*Concussion and Other TBI Cases ;Drawing a Line in the Sand as to When to Decline*
*an Offer and Try the Case"*
**Orlando, FL – March 23, 2018**

**--NEW JERSEY ASSOCIATION FOR JUSTICE**
*Co-chair Mass Torts Program*
**Atlantic City, NJ – May 2018**

**--NEW JERSEY ASSOCIATION FOR JUSTICE**
*Co-chair Mass Torts Program*
**Atlantic City, NJ – May 2019**

## PUBLICATIONS:

New Jersey Institute For Continuing Legal Education, 2003; 2009 - <u>N.J. Trial and Evidence Book</u>, Chapter: To Speak the Truth; The Status of Voir Dire In New Jersey: Where Do We Go From Here?

## AWARDS:

Digital Press International Award for Top Ten Leaders of Southern and Central New Jersey In Personal Injury and Trial Practice, 2003.

- o   New Jersey Monthly Award - New Jersey Super Lawyer, 2005
- o   New Jersey Monthly Award - New Jersey Super Lawyer, 2006
- o   New Jersey Monthly Award - New Jersey Super Lawyer, 2007
- o   New Jersey Monthly Award - New Jersey Super Lawyer, 2008
- o   New Jersey Monthly Award - New Jersey Super Lawyer, 2009
- o   New Jersey Monthly Award – New Jersey Super Lawyer, 2010
- o   New Jersey Monthly Award – New Jersey Super Lawyer, 2011
- o   New Jersey Monthly Award – New Jersey Super Lawyer, 2012
- o   National Trial Lawyers Membership- Top 100 Trial Lawyers, 2012
- o   New Jersey Monthly Award – New Jersey Super Lawyer, 2013
- o   New Jersey Monthly Award – New Jersey Super Lawyer, 2014
- o   New Jersey Monthly Award – New Jersey Super Lawyer, 2015
- o   New Jersey Monthly Award – New Jersey Super Lawyer, 2016
- o   New Jersey Monthly Award – New Jersey Super Lawyer, 2017
- o   New Jersey Monthly Award – New Jersey Super Lawyer, 2018

# ZACHARY M. GREEN, ESQ.
28 Mountie Lane, Chesterfield, NJ 08515 | 609-790-3895 | zach.green11720@gmail.com

EXPERIENCE

**Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C.**                 Voorhees, NJ
*Associate Attorney*                                        November 2018 – Present
- Serve as Plaintiff's counsel in personal injury lawsuits from inception to trial, with a particular focus on medical malpractice and product liability lawsuits.
- Conduct and participate in depositions, mediations, expert depositions, motion practice, and arbitrations.
- Lead settlement negotiations and prepare closing documentation for personal injury lawsuits.
- Act as counsel in medical device and product liability class action and mass tort matters with duties including, but not limited to, preparation of filings in multidistrict litigation, conducting discovery, and performing common benefit work for various Plaintiffs' steering committees.

**Reilly, McDevitt & Henrich**                                        Cherry Hill, NJ
*Associate Attorney*                                    November 2016 – November 2018
- Advance clients' interests in various areas of civil litigation defense including toxic tort, asbestos litigation, premises liability, and product liability matters.
- Participate in various facets of pre-trial litigation including: attending arbitrations and depositions, drafting pleadings, writing discovery requests and responses, and motion practice (drafting both discovery and dispositive motions).

**New Jersey Office of Administrative Law**                            Hamilton, NJ
*Law Clerk*                                              March 2016 – November 2016
- Drafted opinions and memoranda for Administrative Law Judges after conducting analysis of applicable regulatory law.
- Performed legal research and interpreted proposed and existing regulations by both federal and state agencies.

**Hon. Lee Solomon, Assoc. Justice of the New Jersey Supreme Court**      Trenton, NJ
*Judicial Extern*                                          May 2015 – August 2015
- Drafted memoranda and offered recommendations regarding Petitions for Certification.
- Reviewed and edited bench memoranda provided to the Court in advance of oral argument.

BAR AND COURT ADMISSIONS
- New Jersey
- Pennsylvania – Received highest score on essay section of February 2016 Pennsylvania Bar Examination
- Eastern District of Pennsylvania
- District of New Jersey

EDUCATION

**Rutgers University School of Law**                                    Camden, NJ
*J.D.*                                                          January 2016
- G.P.A.: 3.52
- Honors:  Full Tuition Dean's Academic Excellence Scholarship; Rutgers Law Pro Bono Service Award
- Journal:  Rutgers Journal of Law and Public Policy – Senior Editor

**University of Delaware**                                            Newark, DE
*B.S.,* Organizational Leadership & Public Policy (minor in Political Science)          May 2013

# ZACHARY M. GREEN, ESQ.

28 Mountie Lane, Chesterfield, NJ 08515 | 609-790-3895 | zach.green11720@gmail.com

### PROFESSIONAL AND CIVIC ACTIVITIES

- Burlington County Bar Association
- Camden County Bar Association
- American Association for Justice
- New Jersey Association for Justice
- Conor O'Kane Memorial Scholarship Fund – Organizer